IN THE DISTRICT COURT OF OKLAHOMA COUNTY

STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR – 8 2016

TIM RHODES
COURT CLERK
29_____

KANDI THORNBURG, Individually,
and as the natural guardian and parent of
A.P., a minor,

        Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

CJ 2016 – 1260

## PETITION

## COUNT I

Plaintiffs state:

1.     Plaintiff, Kandi Thornburg, is the parent and natural guardian of A.P., a minor.

2.     On July 6, 2015, at about 3:59 p.m., Plaintiff, Kandi Thornburg, was driving her vehicle east on U.S. Highway 271, approximately 16 feet west of Cooper Road in Poteau, Oklahoma, when it was rear-ended by another vehicle being driven by J.L., a minor.

3.     A.P., a minor, was a passenger in the vehicle driven by Plaintiff, Kandi Thornburg.

4.     The collision resulted from the negligence of J.L.

5.     As a result of the collision, Plaintiffs were physically injured and a family member was killed.

EXHIBIT

1

6.      At the time of the collision set forth above, Defendant State Farm Mutual Automobile Insurance Company had policies of uninsured/underinsured motorist insurance coverage in force and effect in favor of Plaintiffs, for injuries received and caused by the negligence of an uninsured or underinsured motorist. At the time of the collision complained of, J.L., a minor, was an underinsured motorist.

7.      As a result of the collision, Plaintiff Kandi Thornburg suffered personal injuries and emotional distress. When injured, Plaintiff Kandi Thornburg was 37 years of age with a life expectancy of 45.4 years. As a further result of the collision, Plaintiff Kandi Thornburg has and will incur medical expense, has and will suffer pain of mind and has been damaged in an amount in excess of $75,000.00.

8.      As a result of the collision, A.P., a minor, suffered personal injuries and emotional distress. When injured, A.P. was 13 years of age with a life expectancy of 68.8 years. As a further result of the collision, A.P. will incur medical expense after the age of majority, has and will suffer pain of mind and has been damaged in an amount in excess of $75,000.00.

## COUNT II

9.      Plaintiff, Kandi Thornburg, repleads and realleges the allegations of Count I stated herein and further states she is the parent and natural guardian of A.P., a minor, and that as a further result of the collision, she has incurred medical expenses for the care and treatment of her daughter, A.P., during minority and has been damaged in an amount in excess of $75,000.00.

WHEREFORE, Plaintiffs pray judgment against Defendant in an amount in excess of $75,000.00, together with attorney fees, interest and costs of this action.

2

Respectfully submitted,

_____

T. LUKE ABEL, OBA #21094
ABEL LAW FIRM
The White House
900 N.E. 63rd Street
Oklahoma City, Oklahoma  73105
(405) 239-7046
(405) 418-0833 (fax)
label@abellawfirm.com
**ATTORNEY FOR PLAINTIFFS**

ATTORNEYS' LIEN CLAIMED

3